UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

JOHN T. UNGER,

    Plaintiff,

      v.                              Case No.: 13-854

OHIO FLAME, LLC an Ohio        Hon. Paul L. Maloney
Limited Liability Company, and
MATT SKILLMAN, an individual.

    Defendants.
_____

| ERIC MISTEROVICH (P-73422) | JOHN M. SKERIOTIS |
|---|---|
| JOHN DI GIACOMO (P-73056) | Attorney for Defendants |
| Attorneys for Plaintiff | 1914 Akron Peninsula Road |
| 227 Lake Avenue | Akron, Ohio 44313 |
| Traverse City, MI 49684 | (330) 434-9999 |
| (231) 714-0100 | |

_____

## JOINT VFM SELECTION

    Now come the Parties, by and through their respective counsel, and select Terence J. Linn as the mediator in this case.

                                                        Respectfully submitted,

Dated:  January 24, 2014                    ___/JAD/_____
                                                        Eric Misterovich (P73422)
                                                        John Di Giacomo (P73056)
                                                        *Attorneys for Plaintiff*
                                                        227 Lake Avenue
                                                        Traverse City, MI 49684

(231) 714-0100  
eric@revisionlegal.com,  
john@revisionlegal.com  


\_\_\_/JMS/_____  
John M. Skeriotis  
Attorney for Defendants  
1914 Akron Peninsula Road  
Akron, OH 44313  
(330) 434-9999