## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

JOHN T. UNGER,

      Plaintiff,

           v.

OHIO FLAME, LLC, an Ohio
Limited Liability Company and MATT
SKILLMAN, an individual,

      Defendants.

Hon. Paul L. Maloney

Case No.: 1:13-cv-00854

_____

ERIC MISTEROVICH (P-73422)
JOHN DI GIACOMO (P-73056)
Attorneys for Plaintiff
148 E. Front St.
3rd Floor
Traverse City, MI 49684
(231) 714-0100

JOHN M. SKERIOTIS
Attorney for Defendants
1914 Akron Peninsula Road
Akron, Ohio 44313
(330) 434-9999

_____

## CONSENT JUDGMENT AND ORDER

WHEREAS, Plaintiff John T. Unger, and Defendants Ohio Flame, LLC and Matt

Skillman (collectively the "parties"), have settled this matter pursuant to a Settlement

Agreement ("Settlement Agreement"), the terms of which provide for the substance of

this Judgment and Order, and the Court being otherwise fully advised in the premises;

WHEREAS, the parties have stipulated to this Consent Judgment and Order and

to the Settlement Agreement in such a matter as to effectuate the mutual release of all

claims that were or could have been brought in this litigation, whether known or

unknown.

It is **ORDERED** that the Parties acknowledge the validity and enforceability of Plaintiff's copyright and trade dress rights in Plaintiff's "The Great Bowl O' Fire" fire bowl.

It is **ORDERED** that Defendants shall be permanently enjoined from making, marketing, or selling the fire bowl at issue in this litigation and previously referred to by Defendants' as the "Ring of Fire" fire bowl; from reproducing, preparing derivative works, distributing copies, or displaying publicly any work substantially similar to Plaintiff's "The Great Bowl O' Fire" fire bowl; and from making, marketing, or selling any item that results in a likelihood of confusion with "The Great Bowl O' Fire" fire bowl.

This is a final judgment that resolves all outstanding claims. This Court retains jurisdiction to adjudicate any other dispute arising out of, or in connection with, the Settlement Agreement or this Judgment and Order.

**IT IS SO ORDERED**

Date:   June 27, 2014                    /s/ Paul L. Maloney
                                         _____
                                         Hon. Paul L. Maloney
                                         U.S. District Court Judge

2

The preceding Judgment and Order is Agreed to in form and substance

Respectfully submitted,

Date: June 25, 2014

/s/___JAD_____
Eric Misterovich (P73422)
John Di Giacomo (P73056)
*Attorneys for Plaintiff*
148 E. Front St.
3rd Floor
Traverse City, MI 49684
(231) 714-0100
eric@revisionlegal.com
john@revisionlegal.com

Date: June 25, 2014

/s/___JMS_____
JOHN M. SKERIOTIS
Attorney for Defendants
1914 Akron Peninsula Road
Akron, Ohio 44313
(330) 434-9999